OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2005

The Honorable John Antoon, II
United States District Judge
U.S. District Court-Orlando Division
Middle District of Florida
80 North Hughey Avenue, Room 300
Orlando, FL 32801

RE: **U.S.A. v. Albert J. Reid, III**
**Criminal Action No. 97 CR 11–2-SLR**
**Criminal Action No. 6:04-CR-30-ORL-28-JGG**

Dear Judge Antoon,

Pursuant to the information provided by John G. Selvaggi, Supervising U.S. Probation Officer for the District of Delaware, I am enclosing papers regarding the above captioned case received by this office from the United States District Court for the Western District of Wisconsin.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: *Francesca M. Tassone*
Francesca M. Tassone
Deputy Clerk

Enc.
/fmt

cc: John G. Selvaggi, U.S. Probation
Clerk's Office