IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALBERT REID, III,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Criminal Action No. 97-011-SLR<br>)<br>)<br>)<br>) |

### MOTION TO DISMISS
### SUPERVISED RELEASE VIOLATION PETITION AND ARREST WARRANT

A supervised release violation petition was filed on or about February 17, 2004, and an arrest warrant was issued. (Docket Item 112). Shortly after that, jurisdiction was transferred to the Middle District of Florida. (D.I. 115). A similar violation petition was filed after that in the Middle District of Florida. The Defendant was arrested, and, the United States Marshal has advised that the Defendant has been sentenced to eight months imprisonment on that violation. The reason that there were two petitions is that there was concern that the Defendant might claim a lack of jurisdiction in one court or the other, but since the Defendant has now been sentenced in Florida, the United States respectfully submits that it would be in the interest of justice to dismiss the violation pending in this Court.

                                                COLM F. CONNOLLY
                                                UNITED STATES ATTORNEY


                                         By:_____/s/_____
                                              Richard G. Andrews
                                              First Assistant U.S. Attorney

Dated: September 23, 2005

It is so ordered this 22 day of September 2005, that the Probation Petition on Violation of Supervised Release (D.I. 112) is dismissed, as is the arrest warrant based on that petition.

_____
Honorable Sue L. Robinson
United States Chief District Judge